UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-12166-RWZ

GEORGE J. NARDI

v.

PETER PEPE,
Superintendent of MCI, Concord

ORDER
March 23, 2011

ZOBEL, D.J.

Petitioner unsuccessfully challenged his conviction for murder in the Supreme Judicial Court of Massachusetts and then petitioned for a writ of habeas corpus pursuant to 28 U.S.C. §2254 in this court. He asserted that his Sixth Amendment rights, as defined in Crawford v. Washington, 541 U.S. 36 (2004), had been violated when a medical expert gave an opinion premised on another pathologist's autopsy findings. This court denied the writ and petitioner now seeks a certificate of appealability as to that issue. Since the issues he raises, whether a testifying expert's opinion may rely on inadmissible hearsay and whether autopsy findings were, at the time of his trial, admissible hearsay, are not settled beyond debate, the application is granted.

| March 23, 2011 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |